UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANK HAYDEN, DANIEL HARRIMAN, FRANK NAPPO, RYAN STOUDT, ARCHIE IGNACIO, KATARINA GRUBLJESIC, STRAHINJA GRUBLJESIC, and ARVIND IYER, a/k/a S. ARAVINDAN,<br><br>Defendants. | ) ) ) ) ) No. 25-cr-<br>) ) ) ) ) ) ) ) ) |

ORGANIZATIONAL VICTIM STATEMENT
Fed. R. Crim. P. 12(4)(b) and Local Criminal Rule 12.4.1(b)

The United States of America, by John J. McCormack, the Acting U.S. Attorney for the District of New Hampshire, and Alexander S. Chen, an Assistant U.S. Attorney, has identified at least 64 organizational victims in the above-captioned case. Pursuant to Fed. R. Crim. P. 12.4(b) and Local Criminal Rule 12.4.1(b), the Government identifies the following victims. The undersigned AUSA is unaware of persons controlling more than a 10% stake in them.

1. Ability Labs

2. Adegna GmbH

3. Alex Kruzel Telesto Strategy

4. Antares Advisors

5. Applied Marketing Science

6. Black & Decker

7. Bullseyers

8. Chadwick Martin Bailey

1

9. Charter Communications

10. Customer Experience Italia Spa

11. David Lockwood Consulting

12. Ducker Carlisle

13. DXagency

14. Emerson Digital

15. FoodService IP

16. Forerunner Strategy

17. Four Winds Casino

18. FuelCycle

19. Fulcrum Consulting Group, LLC

20. GemSeek Consulting EOOD

21. Gojo LLC

22. Google

23. HarVeritas Consulting LLC

24. Ibotta

25. Kadence

26. Kodiak Cakes LLC

27. Lux Insights

28. Market Probe

29. Market Strategy Group

30. MarketVision

31. Marriner Marketing

32. Martec

33. Measuring U
34. Bill Atchinson Growth Ventures
35. NewtonX
36. Norseland
37. Northwell Health
38. Northwestern University
39. Old Salt
40. Osterman Research
41. Platform One
42. Potentiate USA
43. Professional Photographers of America
44. Rabin-Roberts Research
45. Radius
46. Research Partnership Ltd.
47. Sasha Auguste YUM Earth
48. Seattle Children's Hospital
49. Shift
50. Silicon Valley RG
51. Sparketing
52. SPMG Global
53. Stax
54. Sterling Rice Group
55. Talent Works
56. Technomic

57. Telesto Strategy

58. The Bernd Group

59. University of North Carolina – Chapel Hill

60. University of Maryland

61. Wake Forest

62. Wakefield Research

63. Xylem

64. YouMePHD

The United States has also identified the following 10 potential victims:

65. Cliff Kill Inc.

66. Incite New York, LLC

67. Jeremy Vandervoort Little Secrets, LLC

68. KT Tape

69. Lightspeed, LLC

70. Maple Hill Creamery LLC

71. Method Sync

72. Quinstreet

73. Reveal Research Studio

74. Sweet Lorens

                                        Respectfully submitted,

                                        JOHN J. MCCORMACK
                                        Acting United States Attorney

Dated: April 9, 2025                    By:   /s/ Alexander S. Chen
                                                         Alexander S. Chen
                                                           Assistant U.S. Attorney